IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY JOHNSON | : | CIVIL ACTION |
| v. | : | |
| THE CITY OF PHILADELPHIA, et al. | : | NO. 15-4651 |

FILED
SEP - 8 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 8th day of September, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons discussed in the Court's memorandum. All of Johnson's claims are DISMISSED with prejudice. Any claims brought by Johnson on behalf of other individuals are DISMISSED without prejudice because Johnson lacks the authority to litigate those claims.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ T. N. O'Neill
THOMAS N. O'NEILL, JR., J.